**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re *Leonard J. Redelsperger*
*and*
*Cheryl E. Redelsperger*

_____ / Debtor

Case No.
Chapter  7

Attorney for Debtor:  *Richard S. Bass*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *05/13/2009*

*/s/ Leonard J. Redelsperger*
Debtor

*/s/ Cheryl E. Redelsperger*
Joint Debtor

Capital One
Attn: Bankruptcy Dept
P.O. BOX 5155
Norcross, GA  30091

Chase
Attn: Bankruptcy Dept
PO BOX 15298
Wilmington, DE  19850-5298

Chase Home Finance
Attn: Bankruptcy Dept
PO BOX 9001871
Louisville, KY  40290-1871

Discover Card
Attn: Bankruptcy Dept
PO BOX 30943
Salt Lake City, UT  84130

Internal Revenue Service
Attn Bankruptcy Dept
PO Box 21126
Philadelphia, PA  19114

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept
PO BOX 10335
Des Moines, IA  50306